IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 10-334-1 |
| v. | : | |
| | : | CIVIL ACTION |
| ALFREDO SIERRA LANDIS | : | NO. 20-713 |

## ORDER

**AND NOW**, this 26th day of October, 2021, upon review of Defendant's pending motions under 28 U.S.C. § 2255 to vacate, set aside or correct sentence, and the government responses thereto, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 (Docket No. 393) is **DENIED**;

2. Defendant's Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 (Docket No. 398) is **DENIED**; and

3. There are no grounds to issue a certificate of appealability.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.